IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAHAM REAL ESTATE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 05-0525 |
| ) | |
| ANDREW M. APJOK d/b/a ) | |
| A & W EQUIPMENT, ) | |
| ) | |
| DEFENDANTS. ) | |

**ORDER OF COURT**

AND NOW, this 21st day of December, 2006, upon a review of the parties Stipulation of Settlement the within matter is marked Settled and Discontinued.

BY THE COURT:

_____
Gary L. Lancaster, U.S. District Judge

2